**UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| **CLARENCE ROBINSON** | : | Judge: Gregory F. VanTatenhove |
| **Plaintiff,** | : | Magistrate: Edward B. Atkins |
| **and** | : | 3:23-cv-00048-GFVT-EBA |
| **TECHNOLOGY INSURANCE CO., INC.** | : | |
| **Intervening Plaintiff,** | : | |
| **v.** | : | |
| **EASTERN EXPRESS, INC., et al.** | : | |
| **Defendant.** | : | |

**TECHNOLOGY INSURANCE COMPANY'S INTERVENING COMPLAINT**

Comes the Intervening Plaintiff, Technology Insurance Company, Inc. (hereinafter "Technology Insurance"), by counsel, and for their Intervening Complaint against Defendants, Gary W. Isham and Eastern Express, Inc., state as follows:

1. In this action, Plaintiff, Clarence Robinson, alleges liability for damages on the part of the Defendants, Gary Isham and Eastern Express, Inc., as is more fully set out in Plaintiff's Complaint. The damages alleged by the Plaintiff occurred in the course and scope of his employment with BIR Transport Company.

2. The Intervening Plaintiff, Technology Insurance, is a Delaware corporation, authorized to provide policies of insurance in the state of Tennessee, with its statutory home office located in Wilmington, Delaware.

3. At all relevant times hereto, Technology Insurance was the Tennessee workers' compensation insurer of BIR Transport Company.

4. At all relevant times hereto, Johnston and Associates managed and adjusted insurance claims covered by Technology Insurance as the third-party administrator of policies for incidents involving Tennessee Worker's Compensation Claims.

5. On or about June 10, 2021, BIR Transport Company was the employer of Clarence Robinson and the owner of the motor vehicle being driven by Clarence Robinson.

6. That Defendant, Gary Isham, is a resident of Decatur, Illinois, and resides at 1915 South 45th Street, Decatur, Illinois 62521.

7. That Defendant, Eastern Express, Inc., is an Indiana Corporation involved in providing flatbed trucking services to customers across the United States, with a principal office and registered agent, Scott Loftus, located at 312 West 35th Avenue, Griffith, IN, 46319.

8. On or about June 10, 2021, Defendant, Eastern Express, Inc., was the employer of Defendant, Gary Isham, and the owner of the vehicle being driven by Gary Isham.

9. On or about June 10, 2021, Clarence Robinson was involved in an auto collision, in Henry County, Kentucky, during his course and scope of employment with BIR Transport Company and using a vehicle owned by BIR Transport Company.

10. Venue and jurisdiction are proper in this Court, since the events which are the subject of this action occurred in Henry County, Kentucky and the amount at issue exceeds the jurisdictional threshold of this Court.

11. On or about June 10, 2021, Defendant, Gary Isham was operating the vehicle owned by his employer, Eastern Express, Inc., traveling northbound on highway I-71 in Henry County, Kentucky, behind the vehicle operated by Clarence Robinson and owned by BIR Transport Company.

12. On the above-referenced date, Defendant, Gary Isham operated his motor vehicle in such a careless and negligent manner to cause it to collide with the motor vehicle being driven by Clarence Robinson, whose vehicle was then forced into the rear of a motor vehicle being driven by Alexandr A. Pankratov.

13. That Defendant, Eastern Express, Inc., is vicariously liable for the negligent acts and omissions of its employee, Defendant, Gary Isham, occurring during the course and scope of his employment with Eastern Express, Inc. and which were the proximate cause of the collision and injuries sustained by Clarence Robinson.

14. As a result of the above-referenced motor vehicle accident, Technology Insurance, through its third-party administrator Johnston & Associates, paid workers' compensation benefits pursuant to the Tennessee Workers' Compensation Act, T.C.A. § 50-6-101, et seq., on behalf of its insured BIR Transport Company in the approximate amount of $31,275.40, for injuries and damages sustained by Clarence Robinson as a result of the auto collision occurring during his course and scope of employment with BIR Transport Company, all of which are the proximate result of Defendant, Gary Isham's negligence and the resulting collision.

15. At all times relevant to this claim, Plaintiff Clarence Robinson, BIR Transport Company, and Technology Insurance were bound by and subject to the Tennessee Workers' Compensation Act, T.C.A. §50-6-101, et seq.

16. Pursuant to T.C.A. §50-6-112, Technology Insurance is entitled to a statutory subrogation lien interest against Plaintiff's net proceeds from this action. As such, the subrogation interest of Technology Insurance should be calculated pursuant to Tennessee law.

17. Consistent with the intent and meaning of KRS §342.700, Technology Insurance is entitled to subrogation interest against Plaintiff's net proceeds from this action to prevent Plaintiff from receiving a double recovery of both workers' compensation benefits and damages from this action, both of which would be the result of the same accident and/or injuries. Alternatively, to the last sentence in paragraph number 15 herein, the subrogation interest of Technology Insurance should be calculated pursuant to Kentucky law.

18. Technology Insurance is entitled to a recovery from the Defendants to the extent that workers' compensation benefits have been and/or will be paid to and/or on behalf of Plaintiff, Clarence Robinson, and Technology Insurance is further entitled to a subrogation lien interest against Plaintiff's net proceeds in this action.

WHEREFORE, the Intervening Plaintiff, Technology Insurance, prays as follows:

1. Judgment against the Defendants in an amount equal to the workers' compensation benefits provided, and for workers' compensation benefits they may be liable in the future, to and/or on behalf of Plaintiff Clarence Robinson;

2. Protection of the subrogation interests of Technology Insurance against any recovery in this action by Plaintiff; and

3. For any and all other relief to which Technology Insurance may be entitled.

Respectfully submitted,

**MORGAN, AKINS & JACKSON, PLLC**

/s/ *Trey Shoemaker*
**TREY SHOEMAKER**
201 East Main Street, Suite 730
Lexington, KY  40507
(859) 554-6769
(859) 554-6960 fax
tshoemaker@morganakins.com
*Counsel for Technology Insurance Company*