UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| CLARENCE ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EASTERN EXPRESS, INC., *et al.* )<br>)<br>Defendants. )<br>)<br>) | Case No. 3:23-cv-00048-GFVT-EBA<br><br>**ORDER** |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court upon an Agreed Order of Dismissal with Prejudice entered by the parties. [R. 58.] Having settled the matter, the parties agree that Plaintiff's claims should be dismissed with prejudice against Defendant. *Id. See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE;** and

2. Each party shall bear its own costs and attorneys' fees.

This the 17th day of December, 2025.

Gregory F. Van Tatenhove
United States District Judge