UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| CLARENCE ROBINSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EASTERN EXPRESS, INC., *et al.* ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:23-cv-00048-GFVT-EBA <br><br> **JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Court's Order and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. The Complaint **[R. 1]** is **DISMISSED WITH PREJUDICE**; and

2. This action is **STRICKEN** from the Court's active docket.

This the 17th day of December, 2025.

Gregory F. Van Tatenhove
United States District Judge